JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE GRIFFITH, and Individual, and JULIE GRIFFITH, an Individual,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CATLIN INSURANCE COMPANY, a Texas corporation; JESSICA BLAIS, an individual; and DOES 1 to 100, inclusive,<br><br>　　　　　　　Defendants. | **Case No.: 5:24-cv-00394-JGB-SHK**<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 25, 2023<br>Trial Date: Not Set<br><br>District Judge Hon. Jesus G. Bernal<br>Magistrate Judge Hon. Shashi H. Kewalramani |

Having reviewed and considered the Parties' Stipulation to Dismiss Entire Action with Prejudice, the Court ORDERS:

1. This action be dismissed in its entirety, with prejudice, as to all claims, causes of action, and parties.
2. Each party bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 9, 2024, 2024    By: _____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE